AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br><br>Robert Eugene CLEVENGER III<br><br>*Defendant(s)* | )<br>)<br>) Case No. 2:26-mj-012<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  December 2025 - January 2026  in the county of  Madison  in the
Southern District of  Ohio , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 2250(a) | Failure to Register as a Sex Offender |

This criminal complaint is based on these facts:
See attached affidavit incorporated herein by reference

☐ Continued on the attached sheet.

*Damon Willaman*
*Complainant's signature*

Damon Willaman, DUSM S/OH
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 1/13/2026

*Chelsey M. Vascura*
*Judge's signature*

City and state: Columbus, Ohio

Chelsey M. Vascura
United States Magistrate Judge
*Printed name and title*