AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br><br>Robert Eugene CLEVENGER III<br><br>*Defendant(s)* | )<br>)<br>) Case No. 2:26-mj-012<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 2025 - January 2026__ in the county of __Madison__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 2250(a) | Failure to Register as a Sex Offender |

This criminal complaint is based on these facts:

See attached affidavit incorporated herein by reference

☐ Continued on the attached sheet.

*Damon Willaman*
*Complainant's signature*

Damon Willaman, DUSM S/OH
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 1/13/2026

City and state: Columbus, Ohio

Chelsey M. Vascura
United States Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**United States of America**
    v.

**Robert Eugene CLEVENGER III**

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Damon Willaman, being duly sworn, do hereby declare and state the following:

    1.    I am a Deputy United States Marshal (DUSM) assigned to the Southern District of Ohio, Columbus Office, and have been so employed since June 2010. I am a graduate of Basic Deputy U.S. Marshal Academy at the Federal Law Enforcement Training Center (FLETC) in Glynco, GA in October 2010 as well as the Criminal Investigator Training Program at FLETC in August 2010. I also receive regular in-service training in fugitive and sex offender investigations from the U.S. Marshals Service (USMS) as well as various other federal and state resources. During my career, I have been assigned to multiple fugitive, escape and sex offender investigations. I am the District Sex Offender Coordinator (DSOC) for the Southern District of Ohio and primarily conduct investigations involving sexual offenders and their duty to register. As a DSOC, I am authorized under 28 U.S.C. 564 to enforce the laws of the United States, including violations of the Sex Offender Registration and Notification Act (SORNA), 42 U.S.C. 16901, et seq., and federal Failure to Register offenses, pursuant to 18 U.S.C. 2250.

    2.    I am the case deputy for an investigation of Robert CLEVENGER (DOB \*\*/\*\*/2000, SSN xxx-xx-1524) for violations of 18 U.S.C. 2250, Failure to Register as a Sex Offender. My investigation began on or about 1/7/2026 after seeing a social media post from the West Jefferson, Ohio Police Department (WJPD) regarding their arrest of CLEVENGER on 1/2/2026. I contacted the WJPD for more information and found that CLEVENGER was a sex offender from the state of Michigan, who had been arrested at 424 Aarika Dr, West Jefferson, OH for a sex offender registration violation. This address is within the Southern District of Ohio.

    3.    On 6/21/2017, Robert CLEVENGER was convicted of Criminal Sexual Conduct 2nd Degree (Person Under 13, Defendant Over 17) in Ogemaw County, MI. This was in violation of Michigan statute 750.520C2B. CLEVENGER was sentenced to 3-5 years in prison. CLEVENGER was classified as a Tier III sex offender and ordered to register quarterly for the remainder of his Lifetime.

1

4. On 6/3/2025, CLEVENGER registered as a sex offender for the last time in the state of Michigan. CLEVENGER's address of record was 629 West Sherman St, Whittemore, MI 48770. Condition #7 of this document states "I am required by law to report in person not more than three business days after to a local law enforcement agency, sheriff's office, or Michigan State Police post having jurisdiction over my residence, all the following: a. My new address after changing or vacating my residence within the state of Michigan." Condition #8 of this document states "I am required by law to notify in person a local law enforcement agency, sheriff's office, or Michigan State Police post having jurisdiction over my residence not more than three business days before if I change my residence to another state. I shall indicate the new state and, if known, the new address." CLEVENGER signed this document, and it was witnessed by an official with the Michigan State Police Sex Offender Registry Unit.

5. On 12/30/2025, the Michigan State Police (MSP) - West Branch Post issued an arrest warrant for CLEVENGER, charging him with Gross Indecency Between Males Committing/Procuring - Habitual Offender. This case is pending, and the warrant has limited extradition.

6. On 1/2/2026, a resident contacted the West Jefferson, OH Police Department (WJPD) and stated that CLEVENGER had been living with him and his wife at 424 Aarika Dr, West Jefferson, OH 43162 for weeks. The resident recently learned that CLEVENGER was a wanted sex offender from Michigan and said he would like CLEVENGER out of their house. 424 Aarika Dr is in the Southern District of Ohio and is also near a church and 2 schools. The WJPD then traveled to 424 Aarika Dr and arrested CLEVENGER for Failure to Register as a Sex Offender. WJPD read CLEVENGER his Miranda rights and conducted a brief interview. CLEVENGER initially told police he had only been there for 2 days but soon admitted that he was not being honest. Then CLEVENGER said that he had been at 424 Aarika Dr for a couple weeks. CLEVENGER was also aware of his outstanding warrant from the state of Michigan. The arrest and interview were captured on police body camera footage.

7. On 1/7/2026, Willaman contacted the WJPD and spoke with the Chief as well as the arresting officer. The WJPD provided their bodycam video, recordings of the phone calls to police dispatch, and their offense report with case notes. That same day, DSOC Willaman verified that CLEVENGER had not registered as a sex offender in the state of Ohio.

8. On 1/8/2026, DSOC Willaman and the original arresting officer traveled to 424 Aarika Dr and interviewed the other resident. This resident stated that she met CLEVENGER in late November/early December 2025 while they were both patients at Dublin Springs rehabilitation center in Dublin, OH. They developed a friendship, but she was discharged from the program, and then CLEVENGER was discharged a few days later. CLEVENGER allegedly returned to Michigan for a short period of time but was not welcome there. This resident purchased a Greyhound bus ticket for CLEVENGER so that he could come to Ohio and picked CLEVENGER up from the bus station when he arrived in Columbus, OH. This occurred on or about 12/16/2025.

2

CLEVENGER resided with them from that date until his arrest on 1/2/2026. This resident said that CLEVENGER never attempted to register as a sex offender while living with her in Ohio. Later that night, the arresting officer returned to 424 Aarika Dr and interviewed the resident who originally contacted the police. He believed that CLEVENGER had arrived via Greyhound bus on 12/15/2025.

9. On 1/12/2026, DSOC Willaman and Deputy US Marshal Abbie Graora traveled to the Tri-County Jail in Mechanicsburg, OH to interview CLEVENGER, who was an inmate there. Willaman provided CLEVENGER with his Miranda rights, which he understood. Willaman then interviewed CLEVENGER, who stated that he moved to Orrville, OH around November 2025 after being kicked out of his mother's home in Michigan. CLEVENGER was living with a girl he met through an online game, until her landlord kicked him out of the house. CLEVENGER stated that he began to suffer mental distress from being homeless and ended up in the Dublin Springs rehabilitation center. That is where he met the female resident of 424 Aarika Drive. When he was released from the facility, he briefly returned to Michigan until she purchased a Greyhound ticket to Ohio. CLEVENGER then traveled to Ohio and lived there until his arrest. CLEVENGER acknowledged that he is a convicted sex offender with a lifetime duty to register. Further, CLEVENGER said that he made no attempt to register while living in the state of Ohio. This interview was recorded with audio and video.

10. Based on the foregoing facts and my knowledge and experience, I submit there is probable cause to believe that Robert CLEVENGER, being a person required to register under SORNA, did travel in interstate or foreign commerce and did knowingly fail to register or update his registration as required by SORNA, in violation of 18 U.S.C. 2250(a).

Damon Willaman
Deputy U.S. Marshal
United States Marshals Service

Sworn before me and subscribed in my presence on the __13th__ day of January 2026, in Columbus, Ohio.

United States Magistrate Judge
Chelsey M. Vascura
Southern District of Ohio

3

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:26-mj-012 |
| Robert Eugene CLEVENGER III | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Robert Eugene CLEVENGER III,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Failure to Register as a Sex Offender in violation of 18 USC § 2250(a)

Date: 1/13/2026

City and state: Columbus, OH

Chelsey M. Vascura
United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Robert Eugene CLEVENGER III

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth: US

Date of birth: 01/21/2000

Social Security number: 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

Height: 6'00  Weight: 175

Sex: Male  Race: White

Hair: Brown  Eyes: Brown

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use: Criminal Sexual Conduct 2nd Degree (Person Under 13)

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number: 253362TD2

Complete description of auto:

Investigative agency and address: USMS

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: